# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK PINKSTON; SHEILA PINKSTON; AND RACHEL HOFFLER-PINKSTON,
Appellants,
vs.
UNITED PARCEL SERVICE,
Respondent.

No. 77694

**FILED**

JAN 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on December 18, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A B

cc:   Hon. Elizabeth Goff Gonzalez, District Judge
Frank Pinkston
Rachel Hoffler-Pinkston
Sheila Pinkston
Bailey Kennedy
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-04407